UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-CV-00334-JRG-HBG |
| | ) | |
| TININ CONTRACTING COMPANY, INC., | ) | |
| ROCKY POINT ROCK QUARRY, INC., and | ) | |
| JAMES THOMAS TININ, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER AND JUDGMENT**

This matter is before the Court on Chief United States Magistrate Judge H. Bruce Guyton's Report and Recommendation [Doc. 27]. Chief Magistrate Judge Guyton recommends that the Court grant Plaintiff Hartford Fire Insurance Company's Motions for Default Judgment [Docs. 20–22]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Chief Magistrate Judge Guyton's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Hartford Fire Insurance Company's Motions for Default Judgment [Docs. 20–22] are **GRANTED**. It is therefore **ADJUDGED** that Defendants Tinin Contracting Company, Inc., Rocky Point Rock Quarry, Inc., and James Thomas

Tinin have breached the General Indemnity Agreement [Doc. 1-1]. It is **ORDERED** that Hartford Fire Insurance Company recover from Tinin Contracting Company, Inc., Rocky Point Rock Quarry, Inc., and James Thomas Tinin the amount of $114,998.96, plus costs and post-judgment interest at the statutory rate from the date of this judgment. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk